

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| Jeffrey Allen Lindsay, | § | No. 08-18-00212-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| The Estate of Roy Orey Lindsay, Sr., Roy A. Lindsay, Rainey L. Lindsay, Susan Lindsay Thomas, Joni K. Lindsay, Roy A. ("Sonny") Lindsay, and Hanging H. Ranch, Inc., | § | of Reeves County, Texas |
| | § | (TC# 13-12-20542 P3137) |
| | § | |
| Appellees. | § | |

## O R D E R

Pending before the Court is Appellant's motion for voluntary dismissal of appeal. However, the motion does not contain a certificate of conference pursuant to Rule 10.1(a)(5) Tex.R.App.P. Therefore, the Court has determined that no action will be taken on the motion to dismiss pending a response from the Appellees. The Appellees are ORDERED to file a response with this Court on or before December 3, 2021.

IT IS SO ORDERED this 23rd day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.